# UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

| | |
|---|---|
| **UNITED STATE OF AMERICA**<br>*Plaintiff-Appellee* | )<br>)<br>) |
| *versus* | )<br>)<br>) |
| **Wiley Randolph Kuyrkendall**<br>*Defendant-Appellant* | )<br>)<br>)<br>) Case: 17--60355 |

## Motion to Accept Late Filing

Comes now, Wiley Randolph Kuyrkendall, ("Kuyrkendall") *in propria persona*, without Assistance of Counsel with this Motion to Accept Late Filing.

Kuyrkendall ran out ink in his Printer Saturday and by the time he actually found a cartridge and got all of this printed the USPS had closed.

Therefore, Kuyrkendall does Motion this Court to accept the late filing of his Motion and Determination as it does not prejudice the Plaintiff-Appellee and it is in the interest of justice.

My Hand,

*Wiley R. Kuyrkendall* (signature)

## X. Certificate of Service

I, do hereby certified that this Motion and all attachments were mailed via USPS first class or UPS to the following parties, to wit:

**Clerk of Court**
**Fifth Circuit Court of Appeals**
600 South Maestri Place
New Orleans, Louisiana 70130-3408

**Norah E. Bringer**
**U.S. Department of Justice**
Tax Division, Appellate Section
P.O. box 502
Washington, D.C. 20044

Date: 6/19/17

*[signature]*

**EMS**

U.S. POSTAGE PAID
BRANDON, MS
39042
JUN 19, 17
AMOUNT
**$27.80**
1007 70130 R2304E106716-13

EK236879895US

EK236879895US

**UNITED STATES POSTAL SERVICE** | **PRIORITY ★ MAIL ★ EXPRESS**

**CUSTOMER USE ONLY**
FROM: (PLEASE PRINT) PHONE ( )

Wiley P. Hyphen Kendall
200 Grandview E
Pearl, MS 39208

PAYMENT BY ACCOUNT (if applicable)

DELIVERY OPTIONS (Customer Use Only)
☐ SIGNATURE REQUIRED
Delivery Options
☐ No Saturday Delivery
☐ Sunday/Holiday Delivery Required
☐ 10:30 AM Delivery Required

TO: (PLEASE PRINT) PHONE ( )

Clerk of Court
Fifth Circuit Court of Appeals
600 South Maestri Place
New Orleans, LA 70130-3408

ORIGIN (POSTAL SERVICE USE ONLY)
PO ZIP Code: 39042
Scheduled Delivery Date: 6/20/17
Postage: $27.80
Date Accepted: 6/19/17
Time Accepted: 1:52 PM
Weight: 2 lbs
Total Postage & Fees: $27.80

WRITE FIRMLY TO MAKE ALL COPIES LEGIBLE.

For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
$100.00 Insurance Included.

LABEL 11-B, JANUARY 2014   PSN 7690-02-000-9996   3-ADDRESSEE COPY