# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

July 17, 2017

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 17-60335　　USA v. Wiley Kuyrkendall
                 USDC No. 3:14-CV-751

The court has taken the following action in this case:

Denying opposed motion to reopen case and to extend the time to file Appellant's brief and record excerpts.

                                  Sincerely,

                                  LYLE W. CAYCE, Clerk

                                  By: _____
                                  Connie Brown, Deputy Clerk
                                  504-310-7671

Ms. Norah Bringer
Mr. Robert E. Dozier
Mr. Wiley R. Kuyrkendall